Submitted on brief May 28, affirmed June 17, 1971

STATE OF OREGON, *Respondent, v.*
JAMES T. CROSS (Nos. 6916 and 6917), *Appellant.*

485 P2d 1100

Michael O. Whitty, Coos Bay, for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

No OPINION.